**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CARLOS MANUEL SANTIAGO,CL-8102,)
                                )
        Petitioner,             )
                                )
            v.                  )   Civil Action No. 04-1455
                                )   Judge Cercone
COMMONWEALTH OF PENNSYLVANIA,   )   Magistrate Judge Caiazza
ATTORNEY GENERAL, PA BOARD OF   )   In Re: Docs. 19, 20
PROBATION AND PAROLE,           )
                                )
        Respondents.            )

**ORDER**

IT IS HEREBY ORDERED that the Petitioner's Motion for Affirmative Action and Motion for Reversible Error (Docs. 19, 20) are DENIED, as the pending Petition for Writ of Habeas Corpus will be decided in due course and the Motions are duplicative.

To the extent that the Petitioner is seeking to challenge a Prole Board Determination denying him parole, he must file a separate Petition for Writ of Habeas Corpus.


August 4, 2005          s/ Francis X. Caiazza
                        Francis X. Caiazza
                        U.S. Magistrate Judge


cc:
Carlos Manuel Santiago,CL-8102
SRCF Mercer
801 Butler Pike
Mercer, PA 16137

Scott Bradley
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Ave.,
Pittsburgh, PA 15219